JCC/EEN: USAO 2021R00566

USDC - GREENBELT
'22 APR 19 AM11:13

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PWG-21-435** |
| | * | |
| **ROGER EMMANUEL LEMUS,** | * | **(Reentry of Alien Removed After** |
| **a/k/a "Fernando Luis Rivera,"** | * | **Aggravated Felony Conviction,** |
| | * | **8 U.S.C. § 1326(a) & (b)(2); Driving** |
| **Defendant** | * | **Under the Influence of Alcohol,** |
| | * | **36 C.F.R. § 4.23(a)(1); Leaving Scene of** |
| | * | **Property Damage Accident, 36 C.F.R.** |
| | * | **§ 4.2, assimilating Md. Transp. Art.** |
| | * | **§§ 20-103(a))** |
| | * | |

*******

## SUPERSEDING INFORMATION

### COUNT ONE
**(Reentry of Alien Removed After Aggravated Felony Conviction)**

The United States Attorney for the District of Maryland charges that:

On or about September 3, 2021, in the District of Maryland, the defendant,

**ROGER EMMANUEL LEMUS,**
**a/k/a "Fernando Luis Rivera,"**

an alien who previously had been deported and removed, after having been convicted of an aggravated felony, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. § 1326(a) & (b)(2)

**COUNT TWO**
**(Driving Under the Influence of Alcohol)**

The United States Attorney for the District of Maryland further charges that:

On or about September 3, 2021, in the District of Maryland, on lands administered by the National Park Service, the defendant,

**ROGER EMMANUEL LEMUS,**
**a/k/a "Fernando Luis Rivera,"**

did operate a motor vehicle while under the influence of alcohol to a degree that rendered the defendant incapable of safe operation.

36 C.F.R. § 4.23(a)(1)

**COUNT THREE**
**(Leaving the Scene of a Property Damage Accident)**

The United States Attorney for the District of Maryland further charges that:

On or about September 3, 2021, in the District of Maryland, on lands administered by the National Park Service, the defendant,

**ROGER EMMANUEL LEMUS,**
**a/k/a "Fernando Luis Rivera,"**

the driver of a vehicle involved in an accident resulting in property damage, did fail to immediately stop the vehicle as close as possible to the scene of the accident.

36 C.F.R. § 4.2
Md. Transp. Art. § 20-103(a)

Date: April 19, 2022

(EEN)
Erek L. Barron
United States Attorney